UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 13-23721-BKC-AJC
                                                    Chapter 11
ISTBET Investments, LLC

_____Debtor_____/

### AGREED MOTION FOR CONTINUED AUTHORIZATION
### TO USE CASH COLLATERAL
**(Emergency Hearing Requested)**

*(Rental Income from Real Property Located at 611 Espanola Way, Miami Beach, FL 33139)*

Debtor-in-Possession, ISTBET Investments, LLC (the "Debtor"), through undersigned counsel, requests the Court enter an order authorizing its continued use of cash collateral, pursuant to 11 U.S.C. § 363, in which Eastern Atlantic Financial Services, LLC ("Eastern Atlantic"), and other disputed lien-holders may assert liens and security interests, and states:

### Background

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 10, 2013 (the "Petition Date").

2. On July 9, 2013 the Court entered an Order Granting In Part the Debtor's Motion to Use Cash Collateral [DE 30] for a period of two (2) months, pending further Order of the Court.

3. Since that time, the Debtor and Creditor, Eastern Atlantic Financial Services, LLC, have made great progress towards a settlement agreement and many of the core financial terms have been negotiated but additional time is needed to finalize an agreement.

4. In the spirit of cooperation and in anticipation of reaching an agreement, Creditor, Eastern Atlantic Financial Services, LLC has agreed to allow the Debtor an additional month to use cash collateral under the same terms previously authorized by the Court while the parties finalize a settlement agreement.

WHEREFORE, the Debtor, ISTBET Investments, LLC, respectfully moves this Court to enter an order Granting Agreed Motion for Extension of Time to Use Cash Collateral through September 30, 2013 and such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was serviced on August 27, 2013 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), via Certified Mail to the parties indicated below, and via U.S. Mail on all parties within the attached address matrix.

FLORIDA DEBT RELIEF CENTER, LLC
Attorneys for Debtor(s)
P.O. Box 970124
Boca Raton, FL 33497-0124
(954) 535-9905
(954) 337-8500 fax
jeff@itsjustdebt.com

By: /s/ Jeffrey H. Tromberg
    Jeffrey H. Tromberg, Esq.
    Florida Bar No. 882542

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**Via ECF**

Joel M. Aresty, Esq. on behalf of Creditor Eastern Atlantic Financial Services, LLC
aresty@mac.com

John P. Arcia on behalf of Creditor Eastern Atlantic Financial Services, LLC
parcia@arcialaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


**Via US Mail**

Eastern Atlantic Financial Services, LLC
c/o John Paul Arcia, Manager of
ARC Group Services, LLC, as Manager
8700 W. Flagler Street. Suite #355
Miami, FL 33174-2549

See Attached Address Matrix.

```
Label Matrix for local noticing      Eastern Atlantic Financial Services, LLC    ISTBET Investments, LLC
113C-1                               c/o John Arcia                              60 Stanford Avenue
Case 13-23721-AJC                    8700 W Flagler St #355                      West Orange, NJ 07052-2048
Southern District of Florida         Miami, FL 33174-2549
Miami
Tue Aug 27 11:20:11 EDT 2013

City of Miami Beach                  Eastern Atlantic Financial Services, LLC   John Paul Arcia, PA
1700 Convention Center Drive         8700 West Flagler Street                   c/o John Paul Arcia, Esq.
Miami Beach, FL 33139-1824           Suite 355                                  8700 Wst Flagler Steet, Suite 355
                                     Miami, FL 33174-2549                       Miami, FL 33174-2549


Miami-Dade County                    Miami-Dade County Solid Waste Management   Miami-Dade County Tax Collerctor
Public Works                         2525 NW 62 Street, 5th Floor               140 W. Flagler Street,
111 NW 1 Street                      Miami, FL 33147-7715                       Miami, FL 33130-1570
Miami, FL 33128-1970


Office of the US Trustee             Jeffrey H. Tromberg
51 S.W. 1st Ave.                     PO Box 970124
Suite 1204                           Boca Raton, FL 33497-0124
Miami, FL 33130-1614




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami                                         End of Label Matrix
                                                 Mailable recipients    10
                                                 Bypassed recipients     1
                                                 Total                  11
```